UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION

CASE NO.:  0:22-cv-60055-WPD

DANIEL ESTERLY, *individually*
*and on behalf of all others similarly situated*,

      Plaintiff,

vs.

NORTH BROWARD HOSPITAL DISTRICT,
d/b/a BROWARD HEALTH,

      Defendant.

_____/

ABIGAIL WALECKI, *on behalf of herself and all*      CASE NO.: 0:22-cv-60083-WPD
*others similarly situated*,

      Plaintiff,

vs.

NORTH BROWARD HOSPITAL DISTRICT,
d/b/a BROWARD HEALTH

      Defendant.

_____/

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Daniel Esterly and Abigail Walecki hereby dismiss all claims against Defendant without prejudice.  This Notice of Voluntary Dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated:  March 17, 2022

Respectfully submitted,

*/s/ Julie Braman Kane*
Julie Braman Kane
Florida Bar No. 980277
julie@colson.com
**COLSON HICKS EIDSON**
255 Alhambra Circle – Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444


Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com

*Counsel for Plaintiff Daniel Esterly*

**AND**

/s/ *Dorothy P. Antullis*
Dorothy P. Antullis (Florida Bar No. 890421)
Stuart A. Davidson (Florida Bar No. 0084824)
Maxwell H. Sawyer (Florida Bar No. 1003922)
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, Florida  33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364
dantullis@rgrdlaw.com
sdavidson@rgrdlaw.com
msawyer@rgrdlaw.com

Joseph M. Lyon
**THE LYON FIRM**
2754 Erie Avenue
Cincinnati, Ohio  45208
Telephone: (513) 381-2333
Facsimile: (513) 721-1178
jlyon@thelyonfirm.com

Terence R. Coates
**MARKOVITS, STOCK & DEMARCO, LLC**
3825 Edwards Road, Suite 650
Cincinnati, Ohio  45209
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com

*Counsel for Plaintiff Abigail Walecki*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ *Julie Braman Kane*
Julie Braman Kane
Florida Bar No.: 980277
