UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION

CASE NO.: 0:22-cv-60055-WPD

DANIEL ESTERLY, *individually
and on behalf of all others similarly situated*,

      Plaintiff,

vs.

NORTH BROWARD HOSPITAL DISTRICT,
d/b/a BROWARD HEALTH,

      Defendant.

_____/


ABIGAIL WALECKI, *on behalf of herself and all*    CASE NO.: 0:22-cv-60083-WPD
*others similarly situated*,

      Plaintiff,

vs.

NORTH BROWARD HOSPITAL DISTRICT,
d/b/a BROWARD HEALTH

      Defendant.

_____/


## ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiffs Daniel Esterly and Abigail Walecki ("Plaintiffs")'s Notice of Voluntary Dismissal Without Prejudice (the "Notice") [DE 36], filed herein on March 17, 2022. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 36] is hereby **APPROVED;**

2. This case is **DISMISSED WITHOUT PREJUDICE**;

3. The Clerk shall **CLOSE** this case.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 17th day of March, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record